IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dena M. Miller, | ) C/A No. 0:10-1548-HFF-PJG |
| Plaintiff, | ) |
| v. | ) |
| Commissioner of Social Security Administration, | ) **ORDER** |
| Defendant. | ) |

This is an appeal from a denial of social security benefits. Pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

Although this case is in proper form, additional information is needed for evaluation of Plaintiff's motion to proceed *in forma pauperis*. Therefore, the undersigned is giving the Plaintiff **twenty-one (21) days** from the date this Order is entered (plus three days for mail time) to:

> Submit fully completed, signed and dated Plaintiff's Answers to the Court's Special Interrogatories, which are attached to this Order.

**TO THE CLERK OF COURT:**

The Clerk shall mail a copy of this Order and the Court's Special Interrogatories to the Plaintiff's attorney.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 30, 2010
Columbia, South Carolina